Sally L. PALMER,[1] Plaintiff Below, Appellant,

v.

Randy R. BROWN, Jr., Defendant Below, Appellee.

No. 420, 2016

Supreme Court of Delaware.

Submitted: May 22, 2017

Decided: May 31, 2017

Court Below—Family Court of the State of Delaware, File No. CN02–08929, Petition Nos. 15–05658 and 16–23308

DISMISSED.